UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

                        Case No. 1:02cr93

    v.

DANIEL McKINNEY
    Defendant.

**CRIMINAL MINUTES before**
**Magistrate Judge Timothy S. Black**

**Courtroom Deputy:** Jan Lahley
**Court Reporter:** digital recording
**Date/Time:** 3/15/06, 1:30
**United States Attorney:** Anthony Springer
**Defendant Attorney** Federal Public Defender & Ron ~~~Hudson

[✓] *Initial Appearance Hearing* on [] Complaint; [] Indictment; [] Information; or [✓] petition for supervised release
[✓] Counsel present
[✓] Defendant informed of his / her rights
[✓] Defendant provided copy of charging document
[✓] Government moves for defendant to be detained pending detention hearing _Thurs. 3/16/06 1:30_
[✓] Financial affidavit presented to the Court/Defendant
[✓] Counsel appointed.    FPD

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness_____
[ ] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to _____

Preliminary Exam Hearing set _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [✓] waived; [ ] bond continued/denied
AUSA Witnesses:_____ Defendant Witnesses: _____
_____ _____
AUSA Exhibits:_____ Defendant Exhibits:_____

*Arraignment on [] Indictment or [] Information:*
Defendant waives reading of: [ ] Indict    [ ] Info  [ ] Indict Read    [ ] Info Read
Defendant pleads:   [ ] GUILTY    [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40).
[ ] Removed to _____
[ ] Probable Cause Found
[ ] Statement of Agent _____

Remarks: