**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

UNITED STATES OF AMERICA

-vs-                                                                      Case No. CR-1-02-93 (1)

DANIEL S. MCKINNEY

**ORDER APPOINTING
FEDERAL PUBLIC DEFENDER**

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Cincinnati, Ohio on March 15, 2006.

_Timothy S. Black_
TIMOTHY S. BLACK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Asst. Federal Public Defender
Daniel S. Mckinney

2006 MAR 15 PH 2:01
U.S. DISTRICT OHIO
SOUTHERN DIST OHIO
WEST DIV CINCINNATI