IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: CR-1-02-93 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : |  |
| DANIEL S. MCKINNEY | : |  |
| Defendant | : |  |

**ORDER**

Parties are advised that the above styled case is SCHEDULED for a Revocation Hearing on Wednesday, April 5, 2006 at 3:00 p.m.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　_____s/Herman J. Weber_____
　　　　　　　　　　　　　　　　　　　Herman J. Weber, Senior Judge
　　　　　　　　　　　　　　　　　　　United States District Court