AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN  District of  OHIO

FILED
JAMES BONINI
CLERK
06 MAR 13 PM 1:31

UNITED STATES OF AMERICA

V.

DANIEL S. MCKINNEY

**WARRANT FOR ARREST**

Case Number:   1:02CR0093

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   DANIEL S. MCKINNEY
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

( SEE ATTACHED )

in violation of Title _____ United States Code, Section(s) _____

JAMES BONINI
Name of Issuing Officer

/s/ Paul Henry
Signature of Issuing Officer

CLERK
Title of Issuing Officer

MARCH 13, 2006   CINCINNATI, OHIO
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

1085 AVIATION DR.
HEBRON, KY 41048

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 03/13/06 | ALLAN SHAW | /s/ Allan Shaw |
| DATE OF ARREST 03/14/06 | DEPUTY U.S. MARSHAL | |