IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | : | Case No.: CR-1-02-93 |
| UNITED STATES OF AMERICA, |  |  |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : |  |
| DANIEL MCKINNEY, | : |  |
| Defendant |  |  |
|  | : |  |

## ORDER

Pursuant to the request by counsel for the defense, the Revocation Hearing in the above styled case is RESCHEDULED to Thursday, April 27, 2006 at 10:00 a.m.

**IT IS SO ORDERED.**

                                                _____s/Herman J. Weber_____
                                                Herman J. Weber, Senior Judge
                                                 United States District Court