UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CRIMINAL MINUTES - REVOCATION HEARING**

UNITED STATES OF AMERICA
       -vs-                                CASE NO. CR-1-02-93
**DANIEL S. MCKINNEY**
-------------------------------------------------------------------------------------------------------------------------------------
COUNSEL PRESENT:
ASSISTANT UNITED STATES ATTORNEY: Anthony Springer
DEFENSE: C. Ransom Hudson
-------------------------------------------------------------------------------------------------------------------------------------
Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk : Amy Thomas

Court Reporter Mary Anne Ranz (Official)

Courtroom Deputy Darlene Maury

Probation Officer:  David Backman

DATE: Thursday, April 27, 2006
TIME: 10:20 a.m. - 10:25 a.m.

**DOCKET ENTRY:**

Case called before J. Weber for a SUPERVISED RELEASE REVOCATION HEARING.  Defendant

did not appear.  Defendant's counsel request that the matter be continued. Oral Request for

Continuance is GRANTED.    Matter reset to Friday, April 28, 2006 at 9:30 a.m.