UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CRIMINAL MINUTES - REVOCATION HEARING**

UNITED STATES OF AMERICA
       -vs-                                         CASE NO. CR-1-02-93
**DANIEL S. MCKINNEY**

---

COUNSEL PRESENT:
ASSISTANT UNITED STATES ATTORNEY: Anthony Springer
DEFENSE: C. Ransom Hudson

---

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk : Amy Thomas

Court Reporter Mary Anne Ranz (Official)

Courtroom Deputy Darlene Maury

Probation Officer:  D. Backman

DATE: Friday, April 28, 2006
TIME: 9:30 a.m. - 10:105a.m.

**DOCKET ENTRY:**

Case called before J. Weber for a PROBATION REVOCATION HEARING. Defendant present with counsel.

Defendant admits violation. The Court finds that defendant has violated his Conditions of Probation.

Matter recessed until Wed. 7/12/06 at 9:00 a.m.