IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | : | Case No.: Cr-1-02-93 |
| UNITED STATES OF AMERICA, |  |  |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : |  |
| DANIEL S. MCKINNEY, | : |  |
| Defendant |  |  |
|  | : |  |

**ORDER**

Pursuant to the record established at the Hearing held on April 28, 2006, this matter is RECESSED until Wednesday, July 12, 2006 at 9:00 a.m.

**IT IS SO ORDERED.**

                                                                              s/Herman J. Weber
                                                     Herman J. Weber, Senior Judge
                                                       United States District Court