PROB 12B
(12/98)

# United States District Court

for

## District of Southern Ohio

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| Name of Offender: | **Daniel S Mckinney** | Case Number: **1:02CR00093** |
| Name of Sentencing Judicial Officer: | **The Honorable Herman J. Weber** <br> **Senior United States District Judge** | |
| Date of Original Sentence: | **February 13, 2003** | |
| Original Offense: | **Theft of Bank Funds, a violation of 18 U.S.C. § 2113(b)** | |
| Original Sentence: | **60 month(s) probation** | |
| Type of Supervision: **Probation** | | Date Supervision Commenced: **February 13, 2003** |

## PETITIONING THE COURT

[ ]  To extend the term of supervision for years, for a total term of years.
[X]  To modify the conditions of supervision as follows: **The probationer shall pay $50 a week towards his outstanding restitution balance, as directed by the Court.**

## CAUSE

On April 28, 2006, the offender appeared before Your Honor for the purpose of a probation violation hearing. As a result of the hearing, Mr. McKinney was ordered continued on probation, with a stipulation that he pay $50 a week towards his outstanding restitution balance. He has been directed to report back to the Court on Wednesday, July 12, 2006 at 9:00 a.m. for a status hearing regarding his progress on probation.

On May 8, 2006, this officer met with the offender to discuss the proposed modification. This officer explained his rights to counsel and a modification hearing in detail. McKinney stated he understood his rights completely, and wanted to waive those rights because he was in agreement with the condition. He signed the waiver form. The offender's attorney, Ransom Hudson, Esq., advised he did not have any objection to the proposed modification.

Based on these factors, this officer respectfully recommends the Court grant the proposed modification.

PROB 12B
(12/98)

2

Respectfully submitted,                                  Approved,

by  *David J. Backman* (signature)                       by  *John Cole* (signature)

**David Backman**                                        **John Cole**
U. S. Probation Officer                                  Supervising U. S. Probation Officer
Date:   **May 9, 2006**                                  Date:   **May 9, 2006**

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

5/15/06
Date

PROB 49

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

      I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

That the defendant shall pay $50 a week towards his restitution balance.

Witness: _____    Signed: _____
       U.S. Probation Officer              Probationer or Supervised Releasee

                            May 8, 2006
                              DATE