UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**TELEPHONE CONFERENCE**

USA
    v                                                                  Criminal: 1:02cr93
DANIEL MCKINNEY

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter  J. Wolfer       (Official)

Law Clerk: Amy Thomas

Courtroom Deputy:    Darlene Maury

-------------------------------------------------------------------------------------------------------
**Appearances:**     Counsel of Record.

Case called for a Telephonic Conference. Revocation Hearing scheduled for 7/12/06 is Cancelled.. Order to issue.

Date: Tuesday, July 11, 2006
TIME: 4:00 p.m. - 4:30 p.m.