IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: CR-1-02-93 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : | |
| DANIEL MCKINNEY, | : | |
| Defendant | : | |

**ORDER**

Pursuant to the record established at the Conference held on July 11, 2006, the Revocation Hearing currently scheduled for July 12, 2006 is CANCELLED pending further Order of the Court.

**IT IS SO ORDERED.**

                                                  _____s/Herman J .Weber_____
                                                  Herman J. Weber, Senior Judge
                                                  United States District Court