UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CRIMINAL MINUTES - REVOCATION HEARING

UNITED STATES OF AMERICA
          -vs-                                CASE NO. CR-1-02-93

**DANIEL S. MCKINNEY**

---------------------------------------------------------------------------------------------------------------------------------------

COUNSEL PRESENT:
ASSISTANT UNITED STATES ATTORNEY: Anthony Springer
DEFENSE: C. Ransom Hudson

---------------------------------------------------------------------------------------------------------------------------------------

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk : Amy Thomas

Court Reporter Julie Wolfer  (Official)

Courtroom Deputy Darlene Maury

Probation Officer:  David Backman

DATE: Thursday, September 7, 2006
TIME: 3:20 p.m. - 3:55 p.m.

**DOCKET ENTRY:**

Case called before J. Weber for a SUPERVISED RELEASE REVOCATION HEARING.  Defendant present with counsel.

Defendant admits violation.  The Court finds that defendant has violated his Conditions of Probation.

Court **ORDERS** that defendant's Probation is **REVOKED** and the defendant is **COMMITTED TO THE BUREAU OF PRISONS FOR A PERIOD OF NINE (7) MONTHS**.  Upon release, Defendant to serve 2 years of supervised release.

Defendant committed to the custody of the U.S. Marshal.

Defendant advised of right to appeal.